479 A.2d 1136

Estate of Pickles.

Argued December 14, 1983. Alan R. Shaddinger, for appellant; Lawrence Sager, for participating party.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Affirmed.